**UNITED STATES DISTRICT COURT**
                      **FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                            Case No. 05-cr-280-01-PB

**Diane Smith**

                               **O R D E R**

     The defendant has moved to continue the April 4, 2006 trial in the above case.  Defendant cites the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from April 4, 2006 to May 2, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 22, 2006 final pretrial conference is continued until April 18, 2006 at 11:30 a.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 22, 2006

cc: Paul Haley, Esq.
William Morse, Esq.
United States Probation
United States Marshal