UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v. Criminal No. 05-cr-280-01-PB

Diane Smith

The defendant has moved to continue the May 2, 2006 trial in the above case. Defendant cites the need for additional time to negotiate a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement, or properly prepare for trial, the court will continue the trial from May 2, 2006 to June 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 18, 2006 final pretrial conference is continued until May 25, 2006 at 4:45 PM.

SO ORDERED.

April 14, 2006

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

cc: William Morse, Esq.
Paul Garrity, Esq.
U. S. Probation
U. S. Marshal